C18-0834                    RJL/cmw                    May 2, 2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION – COLUMBUS

| | |
|---|---|
| IN RE: | ) CASE NO. 18-50708 |
| | ) |
| Brian J. Halenar | ) CHAPTER 13 |
| Katie A. Halenar | ) |
| | ) JUDGE C. Kathryn Preston |
| Debtors | ) |
| | ) **MOTION OF AMERICREDIT FINANCIAL** |
| | ) **SERVICES, INC. DBA GM FINANCIAL** |
| | ) **FOR LEAVE TO OBJECT TO** |
| | ) **CONFIRMATION OF CHAPTER 13 PLAN,** |
| | ) **INSTANTER** |

Now comes AmeriCredit Financial Services, Inc. dba GM Financial, ("Creditor") by and through its attorney and hereby moves this Court for an Order granting Creditor's leave to Object to Confirmation of Chapter 13 Plan, Instanter, and further in support thereof states as follows:

   1. Creditor has a security interest in a 2011 Honda Odyssey VIN# 5FNRL5H43BB053136.

   2. The Chapter 13 Plan does not provide proper treatment to the Creditor.

   3. Creditor is requesting leave of this Honorable Court to file an Objection to Confirmation of Chapter 13 Plan.

WHEREFORE, Creditor requests that the within Motion be granted; that this Court enter an Order allowing Creditor to file its objection to Confirmation of Chapter 13 Plan, Instanter.

Respectfully submitted,

/s/ Richard J. LaCivita
Reimer Law Co.
BY: Richard J. LaCivita #0072368
BY: Cynthia A. Jeffrey #0062718
BY: Edward A. Bailey #0068073
P.O. Box 39696
30455 Solon Road
Solon, OH 44139
Phone: (440) 600-5500
Fax:   (440) 600-5522
Attorneys for Creditor
rlacivita@reimerlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion was served (i) electronically on date of filing through the court's ECF System on all ECF participants registered in this case at the email registered with the court (ii) ordinary U.S. mail, on May 2, 2018 addressed to:

1.    Brian J. Halenar
     Katie A. Halenar, Debtors
     9270 Huggins Ln.
     Reynoldsburg, OH 43068

          /s/ Richard J. LaCivita
          Reimer Law Co.
          BY: Richard J. LaCivita #0072368
          BY: Cynthia A. Jeffrey #0062718
          BY: Edward A. Bailey #0068073
          P.O. Box 39696
          30455 Solon Road
          Solon, OH 44139
          Phone: (440) 600-5500
          Fax:   (440) 600-5522
          Attorneys for Creditor
          rlacivita@reimerlaw.com