Real Estate Appraisal, In Re Halenar, 18-50708



# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
9270 Huggins Ln
Lot 300 Summit Ridge Sec 7
Reynoldsburg, OH  43068

### FOR:
Mr. Brian Halenar
9270 Huggins Ln.
Reynoldsburg, OH 43068

### AS OF:
05/29/2018

### BY:
Scott A. Kennedy

| | |
|---|---|
| Borrower | n/a |
| Property Address | 9270 Huggins Ln |
| City | Reynoldsburg |
| County | Licking |
| State | OH |
| Zip Code | 43068 |
| Lender/Client | Mr. Brian Halenar |
| File No. | 034MAY18 |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Comments on Appraisal and Report Identification

Note any USPAP related issues requiring disclosure and any State mandated requirements:

Market Time: 90-120 days
Exposure Time: 90-120 days.

I have not performed an appraisal or any other real estate related service concerning the subject in the last 3 years.

The client for this report was Brian Halenar.

The intended user of the report was Brian Halenar. The report was to be used for asset management purposes.

**APPRAISER:**
Signature: *Scott A. Kennedy*
Name: Scott A. Kennedy
Certified General Appraiser
State Certification #: 2007005561
or State License #:
State: OH   Expiration Date of Certification or License: 03/20/2019
Date of Signature and Report: 05/30/2018
Effective Date of Appraisal: 05/29/2018
Inspection of Subject: ☐ None  ☒ Interior and Exterior  ☐ Exterior-Only
Date of Inspection (if applicable): 05/29/2018

**SUPERVISORY or CO-APPRAISER (if applicable):**
Signature:
Name:
State Certification #:
or State License #:
State:   Expiration Date of Certification or License:
Date of Signature:
Inspection of Subject: ☐ None  ☐ Interior and Exterior  ☐ Exterior-Only
Date of Inspection (if applicable):

# SUMMARY OF SALIENT FEATURES

## SUBJECT INFORMATION

| | |
|---|---|
| Subject Address | 9270 Huggins Ln |
| Legal Description | Lot 300 Summit Ridge Sec 7 |
| City | Reynoldsburg |
| County | Licking |
| State | OH |
| Zip Code | 43068 |
| Census Tract | 7562.02 |
| Map Reference | 18140 |

## SALES PRICE

| | |
|---|---|
| Sale Price | $ |
| Date of Sale | |

## CLIENT

| | |
|---|---|
| Borrower | n/a |
| Lender/Client | Mr. Brian Halenar |

## DESCRIPTION OF IMPROVEMENTS

| | |
|---|---|
| Size (Square Feet) | 1,908 |
| Price per Square Foot | $ |
| Location | suburban |
| Age | 17 |
| Condition | average |
| Total Rooms | 8 |
| Bedrooms | 4 |
| Baths | 2.1 |

## APPRAISER

| | |
|---|---|
| Appraiser | Scott A. Kennedy |
| Date of Appraised Value | 05/29/2018 |

## VALUE

| | |
|---|---|
| Opinion of Value | $ 190,000 |

# RESIDENTIAL APPRAISAL REPORT

File No.: 034MAY18

## SUBJECT

- **Property Address:** 9270 Huggins Ln    **City:** Reynoldsburg    **State:** OH    **Zip Code:** 43068
- **County:** Licking    **Legal Description:** Lot 300 Summit Ridge Sec 7    **Assessor's Parcel #:** 064-152940-00.009
- **Tax Year:** 2017    **R.E. Taxes:** $ 3,575    **Special Assessments:** $ 0    **Borrower (if applicable):** n/a
- **Current Owner of Record:** Brian J. Halenar & Katie A. Mountain    **Occupant:** ☒ Owner  ☐ Tenant  ☐ Vacant  ☐ Manufactured Housing
- **Project Type:** ☐ PUD  ☐ Condominium  ☐ Cooperative  ☐ Other (describe)    **HOA:** $ 0  ☐ per year  ☐ per month
- **Market Area Name:** see defined market area    **Map Reference:** 18140    **Census Tract:** 7562.02

## ASSIGNMENT

- **The purpose of this appraisal is to develop an opinion of:** ☒ Market Value (as defined), or  ☐ other type of value (describe)
- **This report reflects the following value (if not Current, see comments):** ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective
- **Approaches developed for this appraisal:** ☒ Sales Comparison Approach  ☐ Cost Approach  ☐ Income Approach  (See Reconciliation Comments and Scope of Work)
- **Property Rights Appraised:** ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)
- **Intended Use:** The appraisal report was made to estimate the market value of the subject. The appraisal was to be used for asset management purposes.
- **Intended User(s) (by name or type):** Mr. Brian Halenar.
- **Client:** Mr. Brian Halenar    **Address:** 9270 Huggins Ln, Reynoldsburg, OH 43068
- **Appraiser:** Scott A. Kennedy    **Address:** 581 Country Club Dr., Unit A, Newark, OH 43055

## MARKET AREA DESCRIPTION

| | | | | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|
| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | | PRICE $(000) | AGE (yrs) | One-Unit | 70 % | ☒ Not Likely |
| Built up: | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% | | | | 2-4 Unit | % | ☐ Likely *  ☐ In Process * |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner 95 | 180 Low | 8 | Multi-Unit | % | * To: |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | ☒ Tenant 5 | 231 High | 28 | Comm'l | % | |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | ☒ Vacant (0-5%) | 205 Pred | 10 | | 30 % | |
| Marketing time: | ☐ Under 3 Mos. | ☒ 3-6 Mos. | ☐ Over 6 Mos. | ☐ Vacant (>5%) | | | | | |

**Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):** The neighborhood was a single-family development known as Summit Ridge in Southwest Licking County. The neighborhood was considered the subject development and other competing subdivisions within southwest Licking County. The neighborhood was limited to developments that were started 5-30 years ago. These developments were characterized by uniform housing using standard plans with modifications. Most subdivisions were developed by one or two large builders. Most of the houses appeared to be well maintained. The age of the houses limited the amount of deferred maintenance. Police and fire protection was provided by Reynoldsburg. No public transportation served the area. Schools provided transportation for students. The market area was considered desirable due to its close proximity to Columbus.

## SITE DESCRIPTION

- **Dimensions:** 75 x 120    **Site Area:** 9,000 sf
- **Zoning Classification:** R-1    **Description:** Single-Family Residential District
- **Zoning Compliance:** ☒ Legal  ☐ Legal nonconforming (grandfathered)  ☐ Illegal  ☐ No zoning
- **Are CC&Rs applicable?** ☐ Yes  ☐ No  ☐ Unknown    **Have the documents been reviewed?** ☐ Yes  ☐ No    **Ground Rent (if applicable)** $ /
- **Highest & Best Use as improved:** ☒ Present use, or  ☐ Other use (explain)
- **Actual Use as of Effective Date:** single-unit residence    **Use as appraised in this report:** single-unit residence
- **Summary of Highest & Best Use:** The site was located in an established residential area. The area was predominately residential. Removing the current improvements would not benefit the site. Therefore, the highest and best use of the site was its current use: single family house.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | asphalt | ☒ | ☐ | Size | typical of area |
| Gas | ☒ | ☐ | | Curb/Gutter | concrete | ☒ | ☐ | Shape | rectangular |
| Water | ☒ | ☐ | | Sidewalk | concrete | ☒ | ☐ | Drainage | storm sewer/adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | electric | ☒ | ☐ | View | residential |
| Storm Sewer | ☒ | ☐ | | Alley | none | ☐ | ☐ | | |

- **Other site elements:** ☒ Inside Lot  ☐ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐ Other (describe)
- **FEMA Spec'l Flood Hazard Area** ☐ Yes  ☒ No    **FEMA Flood Zone** X    **FEMA Map #** 39089C0407H    **FEMA Map Date** 5/2/2007
- **Site Comments:** The site was typical of others in the neighborhood. It was improved with an asphalt drive. The site was adequately maintained and landscaped. The rear yard was enclosed with a wood fence.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☐ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1  ☐ Acc.Unit | Foundation | concrete block | Slab | none | Area Sq. Ft. | 340 | Type | fa |
| # of Stories | 2 | Exterior Walls | vinyl lap | Crawl Space | partial | % Finished | 95% | Fuel | gas |
| Type | ☒ Det. ☐ Att. | Roof Surface | shingle | Basement | partial | Ceiling | fiberglass | **Cooling** | |
| Design (Style) | 2 story | Gutters & Dwnspts. | aluminum | Sump Pump | ☐ | Walls | drywall | | |
| ☒ Existing  ☐ Proposed  ☐ Und.Cons. | | Window Type | Sh; wood | Dampness | ☐ | Floor | carpet | Central | X |
| Actual Age (Yrs.) | 17 | Storm/Screens | insulated/alum | Settlement | | Outside Entry | none | Other | |
| Effective Age (Yrs.) | 17 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | carpet/resil/laminate | Refrigerator | ☐ | Stairs | ☐ | Fireplace(s) # 1   Woodstove(s) # 0 | | Garage  # of cars ( 4 Tot.) | |
| Walls | Drywall | Range/Oven | ☒ | Drop Stair | ☐ | Patio | none | Attach. | 2 |
| Trim/Finish | Wood | Disposal | ☐ | Scuttle | ☐ | Deck | wood | Detach. | 0 |
| Bath Floor | resilient | Dishwasher | ☒ | Doorway | ☐ | Porch | none | Blt.-In | 0 |
| Bath Wainscot | ceramic | Fan/Hood | ☐ | Floor | ☐ | Fence | none | Carport | 0 |
| Doors | hollow core | Microwave | ☐ | Heated | ☐ | Pool | none | Driveway | 2 |
| | | Washer/Dryer | ☐ | Finished | ☐ | | | Surface | asphalt |

- **Finished area above grade contains:** 8 Rooms    4 Bedrooms    2.1 Bath(s)    1,908 Square Feet of Gross Living Area Above Grade
- **Additional features:** No special energy efficient items were noted or observed.
- **Describe the condition of the property (including physical, functional and external obsolescence):** The subject was a typical post modern 2-story design found in the subdivisions with 1 or 2 big builders. The subject blended well with surrounding properties. The main floor had a living room, dining room, kitchen, 1/2 bath, and laundry. The second floor had the owner's bedroom, owner's bath, two additional bedrooms and a hall bath. The interior of the house was adequately maintained. The house only showed normal wear and tear. No major updates have been completed on the subject. The basement had finished rec room. Quality of materials and workmanship were consistent with other houses in the market area. There was a 2 car attached garage and a rear deck. The house was a standard design that was acceptable in the market.

# RESIDENTIAL APPRAISAL REPORT

File No.: 034MAY18

## TRANSFER HISTORY

My research [ ] did  [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): auditor record/owner

1st Prior Subject Sale/Transfer
Date:
Price:
Source(s): Auditor records/mls

2nd Prior Subject Sale/Transfer
Date:
Price:
Source(s):

Analysis of sale/transfer history and/or any current agreement of sale/listing:

## SALES COMPARISON APPROACH

**SALES COMPARISON APPROACH TO VALUE (if developed)**  [ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 9270 Huggins Ln, Reynoldsburg, OH 43068 | 555 Allis Pl E, Reynoldsburg, OH 43068 | | 550 Allis Pl W, Reynoldsburg, OH 43068 | | 9047 Rosem Ct, Reynoldsburg, OH 43068 | |
| Proximity to Subject | | 0.13 miles SW | | 0.16 miles SW | | 0.39 miles SW | |
| Sale Price | $ | $ 180,000 | | $ 199,900 | | $ 198,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 96.46 /sq.ft. | | $ 104.77 /sq.ft. | | $ 103.77 /sq.ft. | |
| Data Source(s) | on site view | mls 217022644 | | mls 217035212 | | mls 217033059 | |
| Verification Source(s) | owner/auditor | auditor records | | auditor records | | auditor records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | cash | | conventional | | conventional | |
| Date of Sale/Time | | 08/17/2017 | +9,300 | 11/07/2017 | +10,000 | 12/27/2017 | +10,000 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | suburban | suburban | | suburban | | suburban | |
| Site | 9,000 sf | 9,375 sf | | 8,750 sf | | 9,372 sf | |
| View | residential | residential | | residential | | residential | |
| Design (Style) | 2 story | 2 story | | 2 story | | 2 story | |
| Quality of Construction | average | average | | average | | average | |
| Age | 17 | 17 | | 17 | | 19 | |
| Condition | average | average | | avg/updated | -20,000 | avg/updated | -20,000 |
| Above Grade Room Count | Total 8 / Bdrms 4 / Baths 2.1 | Total 7 / Bdrms 3 / Baths 2.1 | | Total 8 / Bdrms 4 / Baths 2.1 | | Total 7 / Bdrms 3 / Baths 2.1 | |
| Gross Living Area | 1,908 sq.ft. | 1,866 sq.ft. | | 1,908 sq.ft. | | 1,908 sq.ft. | |
| Basement & Finished Rooms Below Grade | basement / rec room | basement / rec room | | basement / rec room | | basement / none | +4,000 |
| Functional Utility | average | average | | average | | average | |
| Heating/Cooling | fa/ac | fa/ac | | fa/ac | | fa/ac | |
| Energy Efficient Items | standard | standard | | standard | | standard | |
| Garage/Carport | 2 car att | 2 car att | | 2 car att | | 2 car att | |
| Porch/Patio/Deck | deck | patio | | patio | | deck | |
| amenities | fp | fp | | none | +500 | fp | |
| | | | | | | | |
| Net Adjustment (Total) | | [X] + [ ] - $ 9,300 | | [ ] + [X] - $ -9,500 | | [ ] + [X] - $ -6,000 | |
| Adjusted Sale Price of Comparables | | Net 5.2 % / Gross 5.2 % $ 189,300 | | Net 4.8 % / Gross 15.3 % $ 190,400 | | Net 3.0 % / Gross 17.2 % $ 192,000 | |

Summary of Sales Comparison Approach   See attached addenda.

Indicated Value by Sales Comparison Approach $   190,000

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: 034MAY18

## COST APPROACH TO VALUE (if developed)   ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE = $
Source of cost data: | DWELLING   Sq.Ft. @ $   = $
Quality rating from cost service:   Effective date of cost data: | Sq.Ft. @ $   = $
Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $   = $
| Sq.Ft. @ $   = $
| Sq.Ft. @ $   = $
| = $
| Garage/Carport   Sq.Ft. @ $   = $
| Total Estimate of Cost-New   = $
| Less   Physical   Functional   External
| Depreciation   = $(   )
| Depreciated Cost of Improvements   = $
| "As-is" Value of Site Improvements   = $
| = $
| = $
Estimated Remaining Economic Life (if required):   40 Years | INDICATED VALUE BY COST APPROACH   = $

## INCOME APPROACH TO VALUE (if developed)   ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $   X  Gross Rent Multiplier   = $   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM):

## PROJECT INFORMATION FOR PUDs (if applicable)   ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:
Describe common elements and recreational facilities:

---

**Indicated Value by: Sales Comparison Approach $** 190,000   **Cost Approach (if developed) $**   **Income Approach (if developed) $**

Final Reconciliation   The sales comparison approach was given the sole consideration because it best reflects the actions of the current marketplace. The cost approach was not developed due to the age of the subject. The income approach was not developed as it was not relevant to the subject.

This appraisal is made ☒ "as is",   ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed,   ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed,   ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:   $ 190,000   , as of:   05/29/2018   , which is the effective date of this appraisal.
If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.   See attached addenda.

A true and complete copy of this report contains   13   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.
Attached Exhibits:
☐ Scope of Work   ☐ Limiting Cond./Certifications   ☐ Narrative Addendum   ☐ Photograph Addenda   ☐ Sketch Addendum
☐ Map Addenda   ☐ Additional Sales   ☐ Cost Addendum   ☐ Flood Addendum   ☐ Manuf. House Addendum
☐ Hypothetical Conditions   ☐ Extraordinary Assumptions

Client Contact:   Client Name:   Mr. Brian Halenar
E-Mail:   Address:   9270 Huggins Ln, Reynoldsburg, OH 43068

APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)
--- | ---
*Scott A. Kennedy* (signature) |
Appraiser Name:   Scott A. Kennedy | Supervisory or Co-Appraiser Name:
Company:   Kennedy Appraisal Service, Inc. | Company:
Phone:   (740) 345-5222   Fax: | Phone:   Fax:
E-Mail:   kennedyappraisal@alink.com | E-Mail:
Date of Report (Signature):   05/30/2018 | Date of Report (Signature):
License or Certification #:   2007005561   State:   OH | License or Certification #:   State:
Designation:   Certified General Appraiser | Designation:
Expiration Date of License or Certification:   03/20/2019 | Expiration Date of License or Certification:
Inspection of Subject:   ☒ Interior & Exterior   ☐ Exterior Only   ☐ None | Inspection of Subject:   ☐ Interior & Exterior   ☐ Exterior Only   ☐ None
Date of Inspection:   05/29/2018 | Date of Inspection:

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

**Supplemental Addendum**  File No. 034MAY18

| | |
|---|---|
| Borrower | n/a |
| Property Address | 9270 Huggins Ln |
| City | Reynoldsburg   County Licking   State OH   Zip Code 43068 |
| Lender/Client | Mr. Brian Halenar |

• **GP Residential : Sales Comparison Analysis - Summary of Sales Comparison Approach**

A search was made of the market area. The data source was the Columbus multiple listing service. The criteria was: closed sale, southwest licking county location, 3-4 bedrooms, 2-3 baths, built between 1990-2010, 1,600 to 2,600 s/f, site less than 1 acre, and 1 year time frame from the date of subject viewing. Of the possible sales, the three considered the best for comparison were compared to the subject.

All comparables sold less than 1 year ago. All comparables were located in the same development as the subject.

Comparable one was a 2 story house. Adjustments were made for market conditions/time.

Comparable two was a 2 story house. Adjustments were made for market conditions/time, condition, and fp.

Comparable three was a 2 story house. This sale was adjusted for market conditions/time, condition, and basement finish.

After adjustments, a value range of $189,300 to $192,000 was indicated. The value range was narrow. Based on the current market condition and the condition of the subject, an **as is** value opinion of $190,000 was supported.

## Subject Photo Page

| | |
|---|---|
| Borrower | n/a |
| Property Address | 9270 Huggins Ln |
| City | Reynoldsburg |
| County | Licking |
| State | OH |
| Zip Code | 43068 |
| Lender/Client | Mr. Brian Halenar |



### Subject Front

9270 Huggins Ln
Sales Price
Gross Living Area    1,908
Total Rooms    8
Total Bedrooms    4
Total Bathrooms    2.1
Location    suburban
View    residential
Site    9,000 sf
Quality    average
Age    17



### Subject Rear



### Subject Street

## Comparable Photo Page

| | |
|---|---|
| Borrower | n/a |
| Property Address | 9270 Huggins Ln |
| City | Reynoldsburg |
| County | Licking |
| State | OH |
| Zip Code | 43068 |
| Lender/Client | Mr. Brian Halenar |



### Comparable 1

555 Allis Pl E
Prox. to Subject   0.13 miles SW
Sale Price         180,000
Gross Living Area  1,866
Total Rooms        7
Total Bedrooms     3
Total Bathrooms    2.1
Location           suburban
View               residential
Site               9,375 sf
Quality            average
Age                17

file photo



### Comparable 2

550 Allis Pl W
Prox. to Subject   0.16 miles SW
Sale Price         199,900
Gross Living Area  1,908
Total Rooms        8
Total Bedrooms     4
Total Bathrooms    2.1
Location           suburban
View               residential
Site               8,750 sf
Quality            average
Age                17

file photo



### Comparable 3

9047 Rosem Ct
Prox. to Subject   0.39 miles SW
Sale Price         198,000
Gross Living Area  1,908
Total Rooms        7
Total Bedrooms     3
Total Bathrooms    2.1
Location           suburban
View               residential
Site               9,372 sf
Quality            average
Age                19

file photo

# Building Sketch

| | | | | |
|---|---|---|---|---|
| Borrower | n/a | | | |
| Property Address | 9270 Huggins Ln | | | |
| City Reynoldsburg | County Licking | State OH | Zip Code 43068 |
| Lender/Client | Mr. Brian Halenar | | | |



### Area Calculations Summary

**Living Area** — Calculation Details

First Floor — 940 Sq ft
- 17 × 20 = 340
- 30 × 20 = 600

Second Floor — 968 Sq ft
- 14 × 16 = 224
- 31 × 24 = 744

**Total Living Area (Rounded):** 1908 Sq ft

**Non-living Area**

2 Car Attached — 400 Sq ft
- 20 × 20 = 400

Wood Deck — 210 Sq ft
- 5 × 3 = 15
- 15 × 13 = 195

Form SKT.BldSkI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Location Map

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9270 Huggins Ln | | | | | | |
| City | Reynoldsburg | County | Licking | State | OH | Zip Code | 43068 |
| Lender/Client | Mr. Brian Halenar | | | | | | |



# APPRAISER DISCLOSURE STATEMENT
In Compliance with Ohio Revised Code Section 4763.12(C)

File No. 034MAY18

Name of Appraiser: Scott A. Kennedy

Class of Certification/Licensure:
☒ Certified General
☐ Certified Residential
☐ Licensed Residential
☐ Temporary    ☐ General    ☐ Licensed

Certification/Licensure Number: 2007005561

Scope: This Report
☒ is within the scope of my Certification or License
☐ is not within the scope of my Certification or License

Service Provided by:
☒ Disinterested & Unbiased Third Party
☐ Interested & Biased Third Party
☐ Interested Third Party on Contingent Fee Basis

Signature of person preparing and reporting the Appraisal:

_Scott A. Kennedy_

This form must be included in conjunction with all appraisal assignments or specialized services performed by a state-certified or state-licensed real estate appraiser

State of Ohio
Department of Commerce
Division of Real Estate Appraiser Section
Cleveland (216) 787-3100

# INVOICE

**FROM:**
Scott A. Kennedy, IFA
581 Country Club Dr.
Unit A
Newark, OH 43055
Telephone Number: 740-345-5222    Fax Number: 740-345-0394

**INVOICE NUMBER:** 034MAY18
**DATE:** 05/29/2018

**REFERENCE**
Internal Order #: 034MAY18
Lender Case #:
Client File #:
Main File # on form: 034MAY18
Other File # on form:
Federal Tax ID: 31-1626878
Employer ID:

**TO:**
Mr. Brian Halenar
9270 Huggins Ln.
Reynoldsburg, OH 43068

Telephone Number:    Fax Number:
Alternate Number:    E-Mail:

sak

## DESCRIPTION

**Lender:** Mr. Brian Halenar    **Client:** Mr. Brian Halenar
**Purchaser/Borrower:** n/a
**Property Address:** 9270 Huggins Ln
**City:** Reynoldsburg    **State:** OH    **Zip:** 43068
**County:** Licking
**Legal Description:** Lot 300 Summit Ridge Sec 7

## FEES | AMOUNT

summary appraisal report | 350.00

**SUBTOTAL** | 350.00

## PAYMENTS | AMOUNT

Check #: 5219    Date: 5/29/2018    Description: CHECK FROM OWNER    350.00
Check #:    Date:    Description:
Check #:    Date:    Description:

**SUBTOTAL** | 350.00
**TOTAL DUE** | $ 0

Form NIV5 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE