**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: June 19, 2018**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | Brian J. Halenar | : | Case No:  18-50708 |
| | Katie A. Halenar | | |
| | | : | CHAPTER 13 |
| | Debtor(s) | : | Judge  C. Kathryn Preston |

### ORDER TO EMPLOYER TO WITHHOLD AND
### TRANSMIT DEDUCTIONS FROM DEBTOR'S PAY

Debtor having proposed a plan for the adjustment of debt under Chapter 13 of the Bankruptcy Reform Act of 1978 (Title 11, United States Code), this Court now comes to establish an appropriate amount of money to be withheld from debtor's pay in order to facilitate compliance with the debtor's plan.  The employer is not authorized to deduct administrative expenses or service fees for this  deduction. Based upon the foregoing, the debtor's plan, and pursuant to Local Bankruptcy Rule 3015-1(f) and/or 11 U.S.C. §1325(c), it is

ORDERED that the employer of the debtor deduct the amount indicated below from the debtor's pay and send that sum along with the debtor's name, case number, and the last 4 digits of their social security number to:

**Frank M. Pees, Chapter 13**
**Dept. 781158**
**P.O. Box 78000**
**Detroit, MI 48278-1158**

It is further ORDERED that the Chapter 13 Trustee apply the funds to debtor's payment schedule. It is further ORDERED that pursuant to 11 U.S.C.§1325 deductions shall remain in effect without further order from this Court, but that the deductions may terminate only upon appropriate notice to debtor's employer.

        Employee: Brian Halenar
        SSN: XXX-XX- 4290
        Employer: Encore Rehab

Deduction: $4100.00     Monthly

Weekly:       $946.15
Biweekly:     $1892.31
Semi-Monthly: $2050.00

IT IS SO ORDERED.

Copies to: Default List

Encore Rehab
Attn: Steve Wilkinson
33533 W. 12 Mile Rd., Ste. 290
Farmington, MI 48331

###