**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: April 29, 2020**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | | | | |
|---|---|---|---|---|
| In Re: | : | Case No. | 18-50708 |
| Brian Halenar | : | | |
| Katie Halenar | : | Judge | C. Kathryn Preston |
| | : | | |
| | : | Chapter | 13 |
| Debtor(s). | : | | |
| | : | | |

**AMENDED ORDER TO EMPLOYER TO WITHHOLD AND
TRANSMIT DEDUCTIONS FROM DEBTOR'S PAY**

Debtor(s) having proposed a plan for the adjustment of debt under Chapter 13 of the Bankruptcy Reform Act of 1978 (Title 11, United States Code), this Court now comes to establish an appropriate amount of money to be withheld from debtor's pay in order to facilitate compliance with debtor's plan. The employer is not authorized to deduct any administrative expenses or service fees for this deduction. Based upon the foregoing, the debtor's plan, and pursuant to 11 U.S.C.§1325(b), it is

ORDERED that the employer of the debtor deduct the amount indicated below from debtor's pay and send that sum along with debtor's name, case number and the last 4 digits of their social security number to:

Interim Ch. 13 Trustee Faye English
P.O. Box 342
Memphis, TN 38101-0342

It is further ORDERED that the Chapter 13 Trustee apply the funds to debtor's payment schedule. It is further ORDERED that pursuant to 11 U.S.C. §1325 deductions shall remain in effect without further notice from this Court, but that deductions may terminate only upon appropriate notice to debtor's employer. This wage order replaces any prior wage order.

| | | |
|---|---|---|
| Employee: | Brian J. Halenar | |
| | SSN: XXX-XX-4290 | |
| Employer: | Encore Rehab | |
| Deduction: | $4,100.00 per month | |
| | Weekly: | $946.15 |
| | Biweekly: | $1,892.31 |
| | Semi-Monthly: | $2,050.00 |

IT IS SO ORDERED.

Copies to: Default List

Debtor's Employer:
Encore Rehab
Attn: Steve Wilkinson
33533 W. 12 Mile Rd., Ste. 290
Farmington, MI 48331

###