THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  Brian J. Halenar                                              CASE NO: 18-50708
        Katie A. Halenar

CHAPTER 13

JUDGE: C KATHRYN PRESTON

### NOTICE OF INTENTION
### TO PAY ADDITIONAL CLAIM

NOW comes the Trustee and notifies the debtor(s) and the debtor(s) attorney of record that the following claim(s) was filed against the estate of the debtor(s), and that such claim(s) was not included in the previous Notice of Intent to Pay Claims:

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | % TO PAY | CLASSIFICATION |
|---|---|---|---|---|
| 10005 | Americredit Financial dba GM Financial<br>PO Box 183853<br>Arlington, TX  76096 | 5,470.69 | 100.00 | Deficiency Balance |

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Interim Trustee - Faye English, to pay the claim(s) of creditors named and in the amounts set forth above, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth above.

Dated: June 18, 2020

/s/Interim Trustee - Faye English
Interim Trustee - Faye English
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085-6300
(614) 436-6700
trustee@ch13.org

THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:   Brian J. Halenar                                    CASE NO: 18-50708
           Katie A. Halenar

CHAPTER 13

JUDGE: C KATHRYN PRESTON

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Intention to Pay Additional Claim was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email addresss registered with the Court and (ii) by **ordinary U.S. Mail** on June 18, 2020 addressed to:

Brian J. Halenar
Katie A. Halenar
9270 Huggins Ln.
Reynoldsburg, OH  43068

Americredit Financial dba GM Financial
PO Box 183853
Arlington, TX  76096

/s/Interim Trustee - Faye English
Interim Trustee - Faye English
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthingon, Ohio 43085-6300
(614) 436-6700