# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

| | | | |
|---|---|---|---|
| IN RE | : | Case No. | 18-50708 |
| Brian Halenar | : | | |
| Katie Halenar | : | Judge | C. Kathryn Preston |
| | : | | |
| Debtor(s) | : | Chapter | 13 |
| | : | | |

## RESPONSE TO MOTION TO DISMISS

Now comes the Debtors, Brian and Katie Halenar, by and through attorney, Ronald A. Wittel, to respectfully respond to the *Trustee's Motion to Dismiss* (Doc. 120, filed 7/27/2021). Debtors acknowledge the arrearage due to non-payment. Debtor is working with the trustee to schedule the repayment of these funds to catch up the payments through regular payments beyond the required 36 months but within the 60-month commitment period.

Debtor(s) have resumed making payments to the Ch. 13 trustee. Debtor(s) will make extra payments to catch up their Ch. 13 case. Specifically, Debtor(s) made the following payments:

- $1,900 (6/14/2021),
- $1,900 (7/9/2021), and
- $1,900 (8/3/2021)

Debtor(s) will make additional payments in the next month and in future months to catch up the arrearage.

Debtor(s) anticipates coming to an Agreed Order with the Ch. 13 Trustee in the near future. Debtor(s) request the Court disallow any dismissal of their case. Debtor(s) request the Court allow them to continue in their Ch. 13 case and any further relief as may be appropriate.

Respectfully submitted,

/s/ Ronald A. Wittel, Jr.
Ronald A. Wittel, Jr. (0078689)
1141 S. High St.
Columbus, OH 43206
(614) 445-3000, (614) 449-9780 (fax)
*Attorney for Debtor(s)*

Approved:

/s/ Brian Halenar
Brian Halenar, *Debtor*

/s/ Katie Halenar
Katie Halenar, Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Response* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on 8/17/2021 addressed to:

By electronic court filing:
- U.S. Trustee
- Trustee Edward Bailey

Via regular mail:

Debtors:
Brian and Katie Halenar
9270 Huggins Ln.
Reynoldsburg, OH 43068

Respectfully submitted,

/s/ Ronald A. Wittel, Jr.
Ronald A. Wittel, Jr. (0078689)